IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHELSI JUANITA KIDD**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#116351**

v.　　　　　　　　　　　　　No. 4:22-cv-00101-LPR

**DOES, et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

　　The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 10). No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

　　IT IS THEREFORE ORDERED that Ms. Kidd's complaint (Doc. 1) is dismissed without prejudice.

　　IT IS SO ORDERED this 3rd day of January 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE