# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHELSI JUANITA KIDD**                                                                            **PLAINTIFF**

v.                                             No. 4:22-cv-00101-LPR

**DOES, et al.**                                                                               **DEFENDANTS**

### **JUDGMENT**

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Chelsi Juanita Kidd's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE